IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

PRINCE ATUM-RA UHURU MUTAWAKKIL
also known as NORMAN C. GREEN,

                                                                 ORDER

                   Plaintiff,

v.                                                       12-cv-816-bbc

JOAN GERL, *et al.,*

                   Defendants.
_____

      Plaintiff Prince Atum-Ra Uhuru Mutawakkil, also known as Norman Green, is proceeding on various constitutional claims related to an unnecessary strip search and the use of excessive force. Currently before the court is plaintiff's motion to compel discovery, raising several issues. For reasons stated below, I will deny his motion.

      First, plaintiff asks for more time to review his medical files (he states that he is currently allowed only 30 minutes once a month to do so). Defendants note that plaintiff's motion is dated two days *before* he was given an additional 60-minute review period. Further, defendants state that they will grant plaintiff another 60-minute period on the next available day if he asks for it. Accordingly, there is no need for the court to order anything further.

      Next, plaintiff seeks "a copy of X-rays," but defendants state that there was some confusion with the earlier time plaintiff was supposed to see the X-rays (they state that "the time was instead allocated to his viewing his paper medical file"). Defendants state that they have already set up another time for plaintiff to view these records, so I conclude that no court action is necessary. Plaintiff also wants to be able to send copies of his X-rays to an outside doctor, which defendants say that they will allow as long as plaintiff submits a request to the Health

Services Unit and provides a mailing address and funds for copies and postage. This is a sufficient response.

Finally, plaintiff wants his "MRI file," but defendants state that they do not have these records and suggest that plaintiff contact the medical facilities that conducted any relevant MRIs. This is the court's suggestion as well, as defendants do not have to provide the records they do not have.

ORDER

It is ORDERED that plaintiff Prince Atum-Ra Uhuru Mutawakkil's motion to compel discovery, dkt. 60, is DENIED.

Entered this 25th day of October, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge