IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE ATUM-RA UHURU MUTAWAKKIL also
known as NORMAN C. GREEN,

                                  JUDGMENT IN A CIVIL CASE

    Plaintiff,                                 12-cv-816-bbc

v.

JOAN GERL, ROBERT PATTEN, THOMAS
TAYLOR, LEONARD JOHNSON, JEREMY
McDANIEL, JAMES BOISEN, SGT. KUSSMAUL,
PETER HUIBREGTSE, BRIAN KOOL,
A. DUNBAR, ELLEN RAY, CAPTAIN GILBERG,
BURTON COX, MARY MILLER, CYNTHIA
THORPE, CHRISTINE BEERKIRCHER and
KELLY TRUMM,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered;

    (1) denying leave to proceed and dismissing plaintiff's claims against Ellen Ray, Burton Cox and Sgt. Kussmaul, Brian Kool, Joan Gerl and Peter Huibregtse for failure to state a claim upon which relief may be granted; and

    (3) dismissing Mary Miller, Christine Beerkircher, Brian Kool, A. Dunbar, Captain Gilberg, Cynthia Thorpe, Joan Gerl, Robert Patten, Thomas Taylor, Leonard Johnson, Jeremy McDaniel, James Boisen, Peter Huibregtse and Kelly Trumm and dismissing this case without prejudice.

| /s/ | 6/20/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |